## INDEX OF EXHIBITS

Exhibit 1 – Settlement Agreement

Exhibit 2 – Plea Agreement